IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONSTANCE A. BORCHERDING, | |
| Plaintiff, | 8:20-CV-206 |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | **JUDGMENT** |
| Defendant. | |

This matter is before the Court on the parties' Amended Stipulation for Dismissal with Prejudice. Filing 37. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of the Court is ordered to terminate the Motion for Partial Summary Judgment, Filing 28, and the Stipulation for Dismissal, Filing 36, as moot.

Dated this 3rd day of January, 2022.

BY THE COURT:

Brian C. Buescher
United States District Judge